16 So.2d 727

### J. B. CATRETT v. STATE.
#### 4 Div. 329.

Supreme Court of Alabama.
Feb. 24, 1944.

Rehearing Denied March 2, 1944.

Wm. N. McQueen, Acting Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., and J. C. Fleming, of Elba, for the petition.

Carnley & Carnley, of Elba, opposed.

STAKELY, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Catrett v. State, 16 So.2d 725 (4 Div. 821), wherein an order or judgment denying bail in habeas corpus proceeding was reversed.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.